UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:04-CR-73 |
| | ) | |
| DIANE MEADOWS and | ) | |
| ROBERT BELFIELD | ) | |

## **O R D E R**

It has come to the attention of the Court that due to a clerical error in the judgments for each of these defendants, the box indicating that liability for restitution is joint and several was left unchecked. In an effort to clarify this matter to assist the office of the United States District Clerk in its accounting for monies received for the payment of restitution, is hereby **ORDERED,** pursuant to Rule 36 of the Federal Rules of Criminal Procedure, that the judgments in this cause in regard to the defendants are **AMENDED** as follows:

1. Under the heading "Schedule of Payments," at page 6 of the judgment the box next to "joint and several" is amended to reflect a check mark.

2. All other aspects of the judgment will remain the same.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE